LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-8407 GAF (PLAx) | Date | February 1, 2010 |
|---|---|---|---|
| Title | Kathy Ireland Worldwide v. Axis Insurance Company et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION

Plaintiff Kathy Ireland Worldwide ("Plaintiff") has filed a complaint against Defendants Axis Insurance Company, Axis Surplus Insurance Company, and Axis Pro f/k/a Media Professional Insurance. The complaint states that this Court has diversity subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332 (Compl. ¶ 1.), yet Plaintiff has failed to sufficiently allege diversity of citizenship.

For purposes of diversity subject matter jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1). In the present case, Plaintiff alleges that it is a California corporation, but does not plead its principal place of business. (Compl. ¶ 1a.) Additionally, Plaintiff states that defendant Axis Pro is a Missouri corporation but does not plead Axis Pro's principal place of business. (Id. ¶ 1d.) To invoke this Court's subject matter jurisdiction under section 1332, Plaintiff must properly allege: (1) the location of its own principal place of business; and (2) the location of Axis Pro's principal place of business.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, no later than Monday, February 15, 2010**, why this case should not be dismissed for lack of subject matter jurisdiction. The filing of a written memorandum addressing the Court's concerns shall constitute a sufficient response to this order.

**IT IS SO ORDERED.**