LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08407-GAF (PLAx) | Date | September 2, 2010 |
|---|---|---|---|
| Title | Kathy Ireland Worldwide v. Axis Insurance Company et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**      **(In Chambers)**

**ORDER ON STIPULATION**
**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The parties have filed a Joint Stipulation to Continue Trial and Related dates [23]. The application is DENIED.

Plaintiffs are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter, the Joint Stipulation reflects that **Plaintiffs are not actively pursuing this matter by failing to timely produce witnesses for deposition.**  Plaintiffs' contention that its witnesses have been busy with other matters does not meet the good cause standard required to support an extension of the court's scheduling order.

Plaintiffs must respond to this order within 10 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.